IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brent, Barbara N | Case Number: 05 B 41628 |
|---|---|---|
| | Brent, Calvin | Judge: Wedoff, Eugene R |
| | Printed: 8/12/08 | Filed: 9/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 26, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,820.00 | |
| Secured: | | 4,991.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 418.50 |
| Other Funds: | | 0.00 |
| Totals: | 7,820.00 | 7,820.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Drive Financial Services | Secured | 11,929.04 | 4,589.10 |
| 3. | Balaban Furniture Ltd | Secured | 1,000.00 | 402.40 |
| 4. | Commonwealth Edison | Unsecured | 115.81 | 0.00 |
| 5. | Champs | Unsecured | 20.00 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 16.50 | 0.00 |
| 7. | Capital One | Unsecured | 188.12 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 98.38 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 1,043.48 | 0.00 |
| 10. | Capital One | Unsecured | 256.80 | 0.00 |
| 11. | SBC | Unsecured | 311.93 | 0.00 |
| 12. | Balaban Furniture Ltd | Unsecured | 265.05 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 84.26 | 0.00 |
| 14. | Conn Credit Company | Unsecured | 33.38 | 0.00 |
| 15. | Drive Financial Services | Unsecured | 201.67 | 0.00 |
| 16. | B-Line LLC | Unsecured | 110.20 | 0.00 |
| 17. | Nicor Gas | Unsecured | 61.42 | 0.00 |
| 18. | AmeriCash Loans, LLC | Unsecured | 28.23 | 0.00 |
| 19. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 20. | AFNI | Unsecured | | No Claim Filed |
| 21. | American Collection Corp | Unsecured | | No Claim Filed |
| 22. | ACN | Unsecured | | No Claim Filed |
| 23. | Asset Acceptance | Unsecured | | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brent, Barbara N | Case Number: 05 B 41628 |
|---|---|---|
| | Brent, Calvin | Judge: Wedoff, Eugene R |
| | Printed: 8/12/08 | Filed: 9/29/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Credit Protection Association | Unsecured | | No Claim Filed |
| 28. | GC Services Corporation | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Donald R Henry | Unsecured | | No Claim Filed |
| 32. | National Quick Cash | Unsecured | | No Claim Filed |
| 33. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | MRSI | Unsecured | | No Claim Filed |
| 36. | MTI | Unsecured | | No Claim Filed |
| 37. | Long Beach Mortgage Co | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | SBC | Unsecured | | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 43. | Pay Day Loans | Unsecured | | No Claim Filed |
| 44. | Scsi | Unsecured | | No Claim Filed |
| 45. | Park Dansan | Unsecured | | No Claim Filed |
| 46. | New Millenium Communication | Unsecured | | No Claim Filed |
| 47. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 48. | Universal Underwriters | Unsecured | | No Claim Filed |
| 49. | State Collection Service | Unsecured | | No Claim Filed |
| 50. | Asset Acceptance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,174.27 | $ 7,401.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 122.10 |
| 5% | 39.99 |
| 4.8% | 57.61 |
| 5.4% | 172.80 |
| 6.5% | 26.00 |
| | _____ |
| | $ 418.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

